UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STERLING CORPORATE TAX CREDIT FUND XVIII, L.P., *et al.*,<br><br>        Plaintiff,<br><br>  -against-<br><br>RIP VAN WINKLE ASSOCIATES, LLC<br><br>        Defendant. | 20 Civ. 6136 (PKC)<br><br>MOTION FOR ADMISSION<br>PRO HAC VICE |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Michael A. Taitelman hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Rip Van Winkle Associates, LLC in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

Dated: September 22, 2020

                     Respectfully Submitted,

Applicant Signature: _____
Applicant's Name: Michael A. Taitelman
Firm Name:    Freedman + Taitelman, LLP
Address:     1901 Avenue of the Stars, Suite 500
City/State/Zip:  Los Angeles, California 90067
Telephone:   (310) 201-0005
Direct:     (310) 201-4296
Facsimile:    (310) 201-0045
Email:      mtaitelman@ftllp.com

*Attorney for Defendant Rip Van Winkle Associates, LLC*