

**ABELL ESKEW LANDAU**

SCOTT R. LANDAU
(646) 970-7343 (direct dial)
slandau@aellaw.com

9 East 8th Street, Suite 249
New York, NY 10003
(646) 970-7340 (p)
(646) 970-7345 (f)
aellaw.com

September 30, 2020

**BY ECF ONLY W/OUT COURTESY COPY**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, NY 10007-1312

> Re: *Sterling Corporate Tax Credit Fund v. Rip Van Winkle Associates, LLC*
> Civil Action No. 1:20-cv-6136

Dear Judge Castel:

*[Handwritten annotation: Time to answer of RVW extended to October 20. Conference adjourned from October 21 to November 2, 2020 at 12pm. SO ORDERED. /s/ PKC USDJ 10-1-20]*

We represent defendant Rip Van Winkle Associates, LLC ("RVW") in connection with the above-referenced matter, and write jointly on behalf of all parties to respectfully request: (1) a two (2) week extension, from October 5, 2020 to October 20, 2020, of RVW's time to answer, move, or otherwise respond to plaintiffs' complaint dated August 5, 2020 (the "Complaint"); and (2) a concomitant adjournment of the initial pre-trial conference currently scheduled for October 21, 2020. The parties are jointly requesting this extension and adjournment so that they can continue discussing potential resolution of this matter without the need for further litigation. This is the parties' first joint request for such relief, and one previous extension of RVW's time to respond to the Complaint was requested by RVW and was granted by this Court.

We thank the Court for its time and attention regarding these matters.

> Very truly yours,
>
> By: /s/ *Scott R. Landau*
> Scott R. Landau
> *Attorney for Rip Van Winkle Associates LLC*

cc: Michael Taitelman, Esq. (via ECF and email)
    Daniel Schnapp, Esq. (via ECF and email)