

**ABELL ESKEW LANDAU**

SCOTT R. LANDAU
(646) 970-7343 (direct dial)
slandau@aellaw.com

9 East 8th Street, Suite 249
New York, NY 10003
(646) 970-7340 (p)
(646) 970-7345 (f)
aellaw.com

October 16, 2020

**BY ECF ONLY W/OUT COURTESY COPY**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, NY 10007-1312

Re:   *Sterling Corporate Tax Credit Fund v. Rip Van Winkle Associates, LLC*
       Civil Action No. 1:20-cv-6136

[Handwritten annotation: Time to answer extended to November 4. Conference adjourned from November 2 to December 17, 2020 at 11:30 a.m. telephonically. SO ORDERED. /s/ USDJ 10-16-20]

Dear Judge Castel:

We represent defendant Rip Van Winkle Associates, LLC ("RVW") in connection with the above-referenced matter, and write jointly, on behalf of all parties, to respectfully request: (1) a two (2) week extension, from October 20, 2020 to November 4, 2020, of RVW's time to answer, move, or otherwise respond to plaintiffs' complaint dated August 5, 2020 (the "Complaint"); and (2) a concomitant adjournment of the initial pre-trial conference currently scheduled for November 2, 2020. The parties remain engaged in settlement discussions and jointly make this request so that they can continue those discussions in earnest, and potentially avoid the need for further litigation. This is the parties' second joint request for such relief.

We thank the Court for its time and attention regarding these matters.

Very truly yours,

By: /s/ *Scott R. Landau*
Scott R. Landau
*Attorney for Rip Van Winkle Associates LLC*

cc:   Michael Taitelman, Esq. (via ECF and email)
       Daniel Schnapp, Esq. (via ECF and email)