IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>

STERLING CORPORATE TAX CREDIT FUND
XVIII, L.P., STERLING CORPORATE SERVICES
LLC,

         Plaintiffs,

- vs -

RIP VAN WINKLE ASSOCIATES, LLC,

         Defendant.

</td><td>

Case No.: 1:20-cv-06136-PKC

</td></tr>
</table>

## <u>MOTION FOR ADMISSIONS PRO HAC VICE FOR STEPHEN LaROSE</u>

Pursuant to Rule 1.3 of the Local Rules of the United States for the Southern District and Eastern Districts of New York, Stephen LaRose, Esq. hereby moves this Court for an order for admission to practice *pro hac vice* to appear as counsel for Sterling Corporate Tax Credit Fund XVIII, L.P., and Sterling Corporate Services LLC. in the above-captioned action.

I am a member in good standing of the Bar of the Commonwealth of Massachusetts, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

4817-0255-4835.2

Date: December 11, 2020     Respectfully submitted,

            By: /s/Stephen LaRose__
            Stephen M.  LaRose
            Nixon Peabody LLP
            Exchange Place
            53 State Street
            Boston, MA 02109-2835
            (617) 345-1119 (Direct Line)
            (617) 710-2605 (Fax)
            slarose@nixonpeabody.com

            *Attorney for Plaintiffs*
            *Sterling Corporate Tax Credit Fund XVIII, L.P.*
            *and Sterling Corporate Services LLC*

4817-0255-4835.2

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion for Admission *Pro Hac Vice* for Stephen M. LaRose has been filed through the ECF system on December 11, 2020, and will therefore be sent electronically by the ECF system to all registered participants.

By: /s/*Stephen M. LaRose*__
Stephen M. LaRose

4817-0255-4835.2