```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
STERLING CORPORATE TAX CREDIT                                    :
FUND XVIII, L.P., STERLING CORPORATE                             :
SERVICES LLC,                                                    :   20-cv-6136 (PKC)
                                                                 :
                         Plaintiffs,                             :   ORDER
        -v.-                                                     :
                                                                 :
RIP VAN WINKLE ASSOCIATES, LLC,                                  :
                                                                 :
                         Defendant.                              :
-----------------------------------------------------------------X
```

CASTEL, U.S.D.J.

The next conference scheduled in this case is on December 17, 2020 at 10:00 A.M. The dial-in information is as follows:

        Phone Number:    888-363-4749

        Access Code:    3667981

Members of the press and public may access this proceeding with the same information but will not be permitted to speak.

    SO ORDERED.

                                                       P. Kevin Castel
                                                United States District Judge

Dated: December 14, 2020
       New York, New York